# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 4, 2013 |
| Court Reporter: Janet Coppock | Time: 57 minutes |
| Probation Officer: Ryan Henry | Interpreter: n/a |

**CASE NO. 12-CR-00241-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Mark Barrett |
| Plaintiff, | |
| vs. | |
| **MARK ANTONIO URIBES,** | Scott Varholak |
| Defendant. | |

## SENTENCING

**10:06 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in on bond .

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Varholak in support of defendant's objection to the presentence investigation report.

Argument by Mr. Barrett.

Court states its findings.

Argument by Mr. Barrett in support of the Government's Motion for Departure for Cooperation (Doc 32).

Comments by Mr. Varholak.

**ORDERED:** Government's Motion for Departure for Cooperation (Doc 32) is **GRANTED.**

Argument by Mr. Varholak in support of defendant's Conditional Motion for Downward Departure, Motion for Variant Sentence and comments addressing sentencing.

Argument by Mr. Barrett and comments addressing sentencing.

Further argument by Mr. Varholak.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Conditional Motion for Downward Departure, Motion for Variant Sentence (Doc #29) is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **October 11, 2012** to count **II of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **12** months and **one** day.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) The **special assessment** obligation is due immediately. Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant may surrender voluntarily as follows: **(**Report to the designated institution on or before **12:00 noon within 30 days of designation.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (Doc #32) is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Count I of the Indictment (Doc #26) is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED**: Bond is continued.

**11:03 a.m.    COURT IN RECESS**

**Total in court time:    57 minutes**

**Hearing concluded**