IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00241-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARK ANTONIO URIBES,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the United States' Motion to Dismiss Count One of the Indictment [Docket No. 26]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Count One of the Indictment [Docket No. 26] is granted. Count One of the Indictment is dismissed.

DATED January 4, 2013.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge